UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PATRICIA FORD,

                    Plaintiff,

          v.

L'OREAL USA PRODUCTS INC,

                    Defendant.

Case No. 2:25-cv-00786-JLR

SETTLEMENT CONFERENCE ORDER

The matter before the Court is the parties' joint motion for a settlement conference under LCR 39.1(e) with a United States Magistrate Judge. Dkt. 11. The Honorable James L. Robart's referred this case to Chief Magistrate Judge Theresa L. Fricke for settlement purposes. Dkt. 13.

The Court now orders as follows:

**The parties are directed to appear for a Settlement Conference to be held remotely. The Conference will start at 10:00 AM and conclude at 4:30 PM on Thursday, September 3, 2026. At a later date, the parties will receive a link to attend the Conference.**

- **The required settlement memoranda (as elaborated on page 3) are due on or before 5:00 PM, Wednesday, August 26, 2026.**

Persons with ultimate settlement authority must be personally present or readily available by phone.

SETTLEMENT CONFERENCE ORDER - 1

Parties not appearing on video at the Conference shall be available by phone and email (and able to review documents and sign) for the duration of the settlement conference.

Any counsel appearing without authority to negotiate, or without the ability to readily contact the person with full and ultimate settlement authority throughout the settlement conference, may be sanctioned.

Other people who may increase the probability of settling the case should be present, if possible. For example, the attendance of an expert may be helpful. Counsel assisting the client on related matters may need to be involved. At the very least, contact information should be available for them at the conference.

At least one week before the settlement conference (**at or before <u>4:00 PM on Thursday, August 27, 2026</u>**), the plaintiff shall make a settlement demand. No later than one day before the conference (**at or before <u>4:00 PM on September 2, 2026</u>**), the defendant shall respond to that demand. If the parties have been conducting direct negotiations and there have been offers, and responses, and the sequence is such that the settlement demand or response as described above would not be appropriate, the parties must be ready to give the Court an update on the history, sequence, and status of their negotiations.

In addition, **<u>on or before Tuesday, August 25, 2026</u>**, counsel should circulate updated expert reports, and any other updated information if such information will assist with the negotiations and settlement decision. Because defense counsel may need to report to clients, adjusters, and risk managers who need time to review and evaluate,

SETTLEMENT CONFERENCE ORDER - 2

exchanging such information with sufficient time before the settlement conference will help ensure that defense counsel arrives with enough authority to settle the matter.

Defense counsel should allow enough time to speak with their client's decision makers about the information and authority.

Defense counsel are expected to provide any new documentation to plaintiff's counsel before the settlement conference. If the client/adjuster will not be present, please obtain all office and cell-phone numbers needed to contact that person during the conference.

**Settlement Memoranda**

Each party shall provide to Judge Fricke, in confidence, **on or before <u>5:00 PM, Wednesday, August 26, 2026,</u>** a concise settlement memorandum—no longer than ten double spaced pages, which should not include attachments or exhibits unless under extraordinary circumstances. Please do not file these confidential memoranda with the Clerk's Office or serve the memoranda on opposing counsel. Each party's confidential memorandum shall include a brief description of:

1) Any liability disputes;

2) Facts you believe you can prove at trial;

3) The damages at issue in the case;

4) The major weaknesses in each side's case, both factual and legal;

5) The history of settlement negotiations thus far;

6) The party's settlement position;

7) The major obstacle(s) to settlement as you perceive it.

SETTLEMENT CONFERENCE ORDER - 3

8) Reference (by docket number) to any pending motions that would have a significant effect on settlement for the Court to review before settlement;

9) Special issues that may have a material bearing upon settlement discussions; and

10) Individuals (with a decision of their position or role) you plan to bring to the settlement conference.

In setting forth your settlement position, please do not limit your discussion to arguments on the merits of your case. For the Court and parties to be successful in the limited time provided for this settlement conference, you should provide the Court with a clear and candid understanding of your and your client's actual evaluation of the interests, values, and monetary aspects that your client is most concerned about in any potential settlement of this case and an idea of terms under which you believe the case should settle.

The memorandum shall include the case number, case name, and must be emailed to Eric Gripp, the Judicial Law Clerk for Magistrate Judge Fricke at: eric_gripp@wawd.uscourts.gov. The email subject line should read: "Confidential – Ford v. L'Oreal USA Products, Inc.,. – August 26, 2026 - [Plaintiff's/Defendant's] Settlement Position Paper." Do **not** mail hard copies of the settlement memorandum to chambers.

The Court may request a conference call with the attorneys for each party before the settlement conference. Counsel may contact the Court by sending an email to Judicial Law Clerk Eric Gripp at: eric_gripp@wawd.uscourts.gov if counsel would request an appointment with Magistrate Judge Fricke to address any matters they

SETTLEMENT CONFERENCE ORDER - 4

believe need to be discussed in advance, including any request to bring exhibits, technology-assisted presentations, or conduct lengthy opening statements.

It is the duty of the plaintiff to notify the Court if trial is continued or if the case is settled or otherwise disposed of before the date of the scheduled settlement conference.

In the days immediately preceding the settlement conference, if either party believes that negotiation attempts would not be fruitful at the time set for the conference for any reason, that party should contact the Court as soon as possible to discuss the concern. Counsel for the parties are strongly encouraged to engage in preliminary discussions with an eye toward meaningfully narrowing their disputes before appearing for the conference.

The Court expects that each participant will be well-prepared, open-minded, and sincerely interested in achieving a settlement. To encourage open and frank communication, the Court orders that all matters communicated in connection with this judicial settlement are confidential and not to be used for any other purpose.

Dated this 29th day of June, 2026.

Theresa L. Fricke
United States Magistrate Judge

SETTLEMENT CONFERENCE ORDER - 5